**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RUBYE BARKHOUSEN,<br><br>                Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>                Defendant. | Case Number C 05-4648 JF<br><br>ORDER[1] TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

      Defendant filed an answer to Plaintiff's complaint on March 23, 2006. Plaintiff's motion for summary judgment was due within thirty days thereafter, or by April 24, 2006. Plaintiff has not filed a motion for summary judgment or requested an extension of time to do so.

---

     [1]    This disposition is not designated for publication and may not be cited.

Case No. C 05-4648 JF
ORDER TO SHOW CAUSE
(JFLC2)

1  Plaintiff is ORDERED TO SHOW CAUSE, by appearing before the Court personally or
2 through counsel of record at the time and place specified herein, why this action should not be
3 dismissed without prejudice for failure to prosecute. Such appearance shall be made at 10:30
4 a.m. on June 9, 2006 in Courtroom 3 on the Fifth Floor of the United States District Court
5 located at 280 S. First Street, San Jose, CA 95113. If Plaintiff fails to appear at the designated
6 time or fails to show cause why the action should not be dismissed, the action will be dismissed
7 without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED: 5/25/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-4648 JF
ORDER TO SHOW CAUSE
(JFLC2)

Copies of Order served on:

Plaintiff *pro se*:

Rubye Barkhousen
3705 Seine Court
San Jose, CA 95127

Counsel for Defendant:

Sara Winslow
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
10th Floor, Box 36055
San Francisco, CA 94102